IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action |
| | ) | No. 07-03114-01-CR-S-FJG |
| MIKAL GUNN SCHRAGE, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

For good cause appearing , it is hereby

ORDERED that this case be, and it is hereby, set for a <u>felony</u> plea on Friday, July 18, 2008, at 11:30 a.m., before the undersigned, Courtroom 2601, United States Courthouse, 222 North John Q. Hammons Parkway, Springfield, Missouri.

    /s/ James C. England
JAMES C. ENGLAND, Chief
United States Magistrate Judge

Date: July 1, 2008